UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

John A. Meiners,

Defendant.

Civil No. 00-1721 (DSD/SRN)

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by May 1, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 30, 2000.

3. No more than 35 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

4. No more than 2 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 0 expert depositions.

5. No more than 25 requests for admissions shall be served by any party.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1. All motions which seek to amend the pleadings or add parties must be served by December 1, 2000.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by May 15, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositivc Motions**

1. All dispositive motions shall be served , filed and heard by July 2, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, 612-664-5063.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on August 1, 2001, or upon resolution of any pending dispositive motions. Anticipated length of trial is 1 day.

**Settlement**

The plaintiff's offer to settle this matter for $18,854.30 , payable over 90 days with a signed Stipulation for Compromised Settlement and Confession of Judgment, with the first payment beginning December 15, 2000 and continuing through February 15, 2001, will remain open until November 30, 2000.

Dated: October 30, 2000.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge